**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK COLSTON,

        Plaintiff,

v.

        CASE NO. 07-14759
        HON. MARIANNE O. BATTANI

DORENE MATTHEWS,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

The Court having reviewed the Magistrate Judge's Report and Recommendation (Doc. No. 16), filed on March 28, 2008, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Defendant's Motion to Dismiss is **GRANTED IN PART** and this matter is **HEREBY TRANSFERRED** to the United States District Court for the Western District of Michigan.

**IT IS SO ORDERED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATED: April 29, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served upon plaintiff, and counsel of record on this date by ordinary mail and/or electronic filing.

        s/Bernadette M. Thebolt
        DEPUTY CLERK